UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RAYMOND DIXON, ) | ) 1:04-cv-05510-OWW-TAG HC |
| Petitioner, ) | ) |
| ) | ORDER ADOPTING REPORT AND |
| ) | RECOMMENDATION |
| v. ) | (Doc. 22) |
| ) | |
| ) | ORDER GRANTING RESPONDENT'S |
| TOM CAREY, ) | MOTION TO DISMISS (Doc. 16) |
| ) | |
| Respondent. ) | ORDER DISMISSING AMENDED PETITION |
| ) | FOR WRIT OF HABEAS CORPUS |
| | (Doc. 12) |
| | |
| | ORDER DIRECTING CLERK OF COURT TO |
| | ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his amended petition on December 20, 2004. (Doc. 12).

Respondent filed a Motion to Dismiss the amended petition on August 11, 2005, contending that the Petition was not filed within the one-year time period provided for in 28 U.S.C. § 2244(d)(1). (Doc. 16). On March 20, 2006, the Magistrate Judge assigned to the case filed Report and Recommendation recommending that Respondent's Motion to Dismiss be GRANTED. (Doc. 22). The Report and Recommendation were served on all parties and contained notice that any

1

objections were to be filed within five days from the date of service of that order. To date, none of the parties has filed timely objections to the Magistrate Judge's Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued March 20, 2006 (Doc. 22), is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss (Doc. 16), is GRANTED;

3. The amended petition for writ of habeas corpus (Doc. 12), is DISMISSED; and

4. The Clerk of the Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 31, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                                UNITED STATES DISTRICT JUDGE