UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RAYMOND DIXON, | ) | 1:04-cv-5510-OWW-TAG HC |
| | ) | Appeal Number 06-16549 |
| Petitioner, | ) | |
| | ) | ORDER REQUIRING PETITIONER TO |
| v. | ) | SUBMIT COMPLETED APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS ON |
| | ) | APPEAL **OR** PAY FILING FEE |
| TOM CAREY, | ) | |
| | ) | ORDER DIRECTING CLERK TO SERVE |
| Respondent. | ) | COPY OF THIS ORDER ON COURT OF |
| | ) | APPEALS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 20, 2006, Magistrate Judge Theresa A. Goldner issued a Report and Recommendation that the petition for writ of habeas corpus be dismissed. (Doc. 22). On March 31, 2006, District Judge Oliver W. Wanger adopted the Report and Recommendation and dismissed the petition. (Doc. 24). Judgment was entered on March 31, 2006. (Doc. 25).

On April 27, 2006, Petitioner filed a notice of appeal. (Doc. 28). On July 31, 2006, the court issued an order denying the motion for certificate of appealability (Doc. 27), and on August 16, 2006, the appeal was processed and the file was transmitted to the Court of Appeals for the Ninth Circuit. (Doc. 30). On August 30, 2006, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. (Doc. 33).

A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, on October 18, 2004,

///

1

1 | Petitioner paid the filing fee and did not proceed in this Court in forma pauperis.  (Doc. 9).  Thus,
2 | Petitioner is not automatically entitled to proceed in forma pauperis on appeal.
3 |     Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to
4 | appeal in forma pauperis must file a motion in the district court and attach to that motion a
5 | completed application to proceed in forma pauperis, along with the issues the party intends to present
6 | on appeal.  Petitioner's request, however, was not accompanied by a completed application to
7 | proceed in forma pauperis.  See 28 U.S.C. § 1914(a); § 1915 (a).
8 |     The Court will provide Petitioner with the opportunity to submit either the appropriate
9 | application and a certified copy of Petitioner's prison trust account or pay the $455.00 filing fee.
10 |    Accordingly, the Court ORDERS that:
11 |    1.   The Clerk of the Court is DIRECTED to send Petitioner a copy of the application to
12 | proceed in forma pauperis;
13 |    2.   Petitioner is DIRECTED to submit either the completed application, accompanied by
14 | a certified copy of Petitioner's prison trust account statement for the last six months, **or** pay the
15 | $455.00 filing fee, within thirty (30) days of the date of service of this order; and
16 |    3.   The Clerk of Court is DIRECTED to serve a copy of this order on the Court of
17 | Appeals for the Ninth Circuit.

19 | IT IS SO ORDERED.
20 | Dated:   **September 26, 2006**              /s/ Theresa A. Goldner
      **j6eb3d**                          UNITED STATES MAGISTRATE JUDGE